No. 96–7631.   SIMS v. FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 96–7962.   COHEA v. BARRIOS ET AL.; and COHEA v. WHITE, WARDEN, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 96–7963.   BAILEY ET AL. v. TURNER, WARDEN, ET AL. C. A. 6th Cir.   Certiorari denied.

No. 96–7968.   SEALS v. LOUISIANA.   Sup. Ct. La.   Certiorari denied.

No. 96–7977.   BROWN v. ALABAMA.   Sup. Ct. Ala.   Certiorari denied.

No. 96–7981.   PHILLIPS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 96–7982.   OGDEN v. NEW MEXICO.   Sup. Ct. N. M.   Certiorari denied.

No. 96–7986.   MCCOLM v. NELSON.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 96–7995.   KNOTTS v. ALABAMA.   Sup. Ct. Ala.   Certiorari denied.

No. 96–7998.   STARTUP v. MINARD ET AL.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 96–8004.   WALLIS v. HERNANDO COUNTY, FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 96–8007.   ALLAH v. CALIFORNIA ET AL.   C. A. 9th Cir. Certiorari denied.

No. 96–8024.   PAGAN v. WARNER ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 96–8025.   PASTORIUS v. ROMER, GOVERNOR OF COLORADO, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 96–8026.   STOKER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.   C. A. 5th Cir.   Certiorari denied.